CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

APR 20 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| COREY L. SANDERS, | ) | CASE NO. 7:16CV00151 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| C. RATLEDGE, WARDEN, | ) | By: Hon. Glen E Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action, brought as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is **DISMISSED** for failure to state a claim; petitioner's pending motion (ECF No. 2) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 20th day of April, 2016.

/s/ Glen E. Conrad
Chief United States District Judge