FILED: May 17, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6675
(7:16-cv-00151-GEC-RSB)

_____

COREY L. SANDERS

      Petitioner - Appellant

v.

C. RATLEDGE, Warden

      Respondent - Appellee

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
|---|---|
| Originating Case Number | 7:16-cv-00151-GEC-RSB |
| Date notice of appeal filed in originating court: | 05/16/2016 |
| Appellant (s) | Corey L. Sanders |
| Appellate Case Number | 16-6675 |
| Case Manager | Anisha Walker<br>804-916-2704 |